| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E. | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>228 WALNUT STREET<br>HARRISBURG, PA 17108 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |
| 9. | TRUSTEE - FAMILY TRUST | TRUST 1 |
| 10. | TRUSTEE - FAMILY TRUST | TRUST 2 |
| 11. | ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/07/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STTE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL COMMITTEE ON JUDICIAL SECURITY | 1/7 - 1/10 | NEW ORLEANS, LA | COMMITTEE MEETING | FLIGHT, HOTEL, MEALS |
| 2. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/28 - 3/29 | NEW YORK, NY | MEETING | HOTEL |
| 3. | THIRD COURT OF CIRCUIT APPEALS | 4/7 - 4/8 | HERSHEY, PA | CONFERENCE | HOTEL |
| 4. | FEDERAL JUDICIAL CENTER | 6/3 - 6/6 | WASHINGTON, DC | COMMITTEE MEETING | MILEAGE, HOTEL, MEALS |
| 5. | FEDERAL JUDICIAL CENTER | 7/31 - 8/2 | RICHMOND, VA | TRAINING | MILEAGE, HOTEL, MEALS |

| 6. | FEDERAL JUDICIAL CENTER | 9/11 - 9/12 | LOS ANGELES, CA | EDUCATIONAL SEMINAR | FLIGHT, HOTEL, MEALS |
|----|----|----|----|----|----|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - | A | Distribution | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - | A | Distribution | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - | A | Distribution | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - | A | Distribution | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - | A | Distribution | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - | A | Distribution | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE - ANNUITY | A | Interest | J | T | | | | | |
| 10. RIVERVIEW BANK - CHECKING | | None | K | T | | | | | |
| 11. QUALITY VENDING INC - 50% INTEREST | | None | | | Sold | 03/31/14 | K | | DAVID FREW |
| 12. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 13. CHEVRON - CVX COMMON STOCK - IRA | B | Dividend | | | Sold | 06/5/14 | J | A | |
| 14. GE COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 10/23/14 | J | A | |
| 15. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 16. PEP COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 17. PFE COMMON STOCK - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | | | Sold | 07/07/14 | K | C | |
| 19. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | J | T | | | | | |
| 20. FIDELITY INVESTMENT - M/M FUND | A | Dividend | | | Redeemed | 01/02/14 | J | | |
| 21. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 10/23/14 | J | | |
| 22. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | K | T | | | | | |
| 23. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 24. INTEL CORP - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 25. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 26. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 27. S&P MID CAP 400 - MDY | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 28. SUSQUEHANNA BANK (SUSQ) | A | Dividend | | | Sold | 07/07/14 | J | | |
| 29. AMERICAN CENTURY MID CAP VALUE - ACMVX | A | Dividend | J | T | | | | | |
| 30. BRIDGEWAY LARGE CAP GROWTH - BRLGX | A | Dividend | J | T | | | | | |
| 31. FIDELITY BALANCED FBALX | A | Dividend | | | Sold | 10/06/14 | J | A | |
| 32. VANGUARD US VALUE VAVLX | A | Dividend | J | T | | | | | |
| 33. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 34. PHOENIX CONTRACTING - ▓▓▓ | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GENERAL MOTORS CO - GM | | None | | | Sold | 07/07/14 | J | A | |
| 36. FIDELITY CONTRA FUND - FCNTX | A | Dividend | J | T | | | | | |
| 37. HEARTLAND VALUE PLUS - HRVIX | A | Dividend | J | T | | | | | |
| 38. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | J | T | | | | | |
| 39. AT&T INC - T - IRA | A | Dividend | J | T | | | | | |
| 40. CONOCO PHILLIPS - COP - IRA | A | Dividend | K | T | | | | | |
| 41. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | | | | | |
| 42. ELI LILLY & CO - LLY - IRA | A | Dividend | K | T | | | | | |
| 43. EMERSON ELECTRIC - EMR - IRA | A | Dividend | J | T | | | | | |
| 44. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | K | T | | | | | |
| 45. VANGUARD INDEX FDS TOTAL STOCK - VTI | A | Dividend | | | Sold | 07/07/14 | J | B | |
| 46. BLACKROCK MUNIHOLDINGS QUALITY FD II - MUE | A | Dividend | | | Sold | 07/07/14 | J | | |
| 47. MORGAN STANLEY DW DISC SRMTRIS (TRUST1) | A | Interest | | | Distributed | 05/01/14 | J | | |
| 48. SUNTRUST BANK ATLANTA CD INDEX ZERO (TRUST 1) | A | Interest | | | Sold | 04/01/14 | K | A | |
| 49. SUNTRUST BANK ATLANTA CD (TRUST 1) | A | Interest | | | Distributed | 05/01/14 | L | | |
| 50. WELLS FARGO & CO FIX FIT NT (TRUST 1) | A | Interest | | | Distributed | 05/01/14 | L | | |
| 51. SUNTRUST MONEY MARKET A/C (TRUST 1) | A | Interest | | | Redeemed | 02/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SUNTRUST BK ATLANTA GA CD (TRUST 2) | A | Interest | | | Sold | 02/24/14 | K | A | |
| 53. SUNTRUST MONEY MARKET A/C (TRUST 2) | A | Interest | | | Redeemed | 02/24/14 | K | | |
| 54. PIMCO INV GR BOND CL D | A | Dividend | J | T | | | | | |
| 55. API EFFICIENT FRON CL C | A | Dividend | | | Sold | 10/06/14 | J | | |
| 56. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | J | T | | | | | |
| 57. AT&T INC - COMMON - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 58. DUKE ENERGY CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 59. JOHNSON & JOHNSON - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 60. ELI LILLY & CO - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 61. MERCK & CO - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 62. PEPSICO INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 63. PFIZER - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 64. PHILIP MORRIS INT'L - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 65. VERIZON COMMUNICATIONS - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 66. AT&T INC - COMMON - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | | |
| 67. DUKE ENERGY CORP - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 68. GENERAL MILLS INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JOHNSON & JOHNSON - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 70. ELI LILLY & CO - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 71. MERCK & CO - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 72. PEPSICO INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 73. PFIZER - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 74. PHILIP MORRIS INT'L - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | | |
| 75. VERIZON COMMUNICATIONS - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 76. SUN TRUST BK ATLANTA CD - TRUST 2 | B | Interest | | | Sold | 02/24/14 | K | | |
| 77. MORGAN STANLEY DW DIS NOTE - TRUST 2 | A | Interest | | | Sold | 02/24/14 | J | | |
| 78. WELLS FARGO & CO FIX FH NOTE - TRUST 2 | A | Interest | | | Sold | 02/24/14 | J | A | |
| 79. AQUA AMERICA INC | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 80. CITIZENS & NORTHERN CP | A | Dividend | | | Sold | 07/07/14 | J | | |
| 81. COMCAST CORP | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 82. GLOBE SPECIALTY METALS | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 83. ICG GROUP INC | | None | | | Sold | 07/07/14 | J | A | |
| 84. NATIONAL OILWELL VARCO | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 85. POWERSHARES QQQ TR SER 1 | A | Dividend | | | Sold | 07/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STARBUCKS CORP | A | Dividend | | | Sold | 07/07/14 | J | B | |
| 87. WINDSTREAM HOLDINGS | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 88. BRIDGEWAY ULTRA SMALL CO MKT | A | Dividend | J | T | | | | | |
| 89. FIDELITY SELECT BIOTECH | A | Dividend | J | T | | | | | |
| 90. T ROWE PRICE BLUE CHIP GR | A | Dividend | J | T | | | | | |
| 91. PERMANENT PORTFOLIO | A | Dividend | J | T | | | | | |
| 92. VANGUARD BALANCED INDEX | A | Dividend | J | T | | | | | |
| 93. ABBVIE INC - IRA | A | Dividend | K | T | | | | | |
| 94. DARDEN RESTAURANTS - IRA | A | Dividend | | | Sold | 02/26/14 | J | | |
| 95. ROYAL DUTCH SHELL ADR CL A - IRA | A | Dividend | J | T | | | | | |
| 96. AMGEN - IRA | A | Dividend | K | T | | | | | |
| 97. APPLE INC - IRA | A | Dividend | K | T | | | | | |
| 98. ARTISAN PARTNERS ASSET MGMT - IRA | A | Dividend | J | T | | | | | |
| 99. BB&T - IRA | A | Dividend | | | Sold | 08/26/14 | K | B | |
| 100. BLACKROCK INC - IRA | A | Dividend | K | T | | | | | |
| 101. CENTERPOINT ENERGY INC - IRA | A | Dividend | J | T | | | | | |
| 102. DOW CHEMICAL - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DUKE ENERGY - IRA | A | Dividend | K | T | | | | | |
| 104. FT UNIT 4274 INT RATE HEDGE - IRA | B | Dividend | L | T | Sold (part) | 12/25/14 | J | | |
| 105. FIRST TR EXCHANGE - CONSUMER - IRA | A | Dividend | | | Sold | 06/02/14 | L | D | |
| 106. FIRST TR EXCHANGE - CONSUMER - IRA | A | Dividend | | | Sold | 06/02/14 | K | D | |
| 107. FIRST TR EXCHANGE - ENERGY - IRA | A | Dividend | K | T | Sold (part) | 06/02/14 | K | D | |
| 108. FIRST TR EXCHANGE - FINANCIAL - IRA | A | Dividend | K | T | Sold (part) | 06/02/14 | K | C | |
| 109. FIRST TR EXCHANGE - HLTHCARE - IRA | A | Dividend | | | Sold | 06/02/14 | L | E | |
| 110. FIRST TR EXCHANGE - INDS PRDCT - IRA | A | Dividend | K | T | Sold (part) | 06/02/14 | K | D | |
| 111. FIRST TR EXCHANGE - MATERIALS - IRA | A | Dividend | | | Sold | 06/02/14 | K | C | |
| 112. FIRST TR EXCHANGE - TECHNOLOGY - IRA | A | Dividend | | | Sold | 06/02/14 | K | D | |
| 113. FIRST TR EXCHANGE - UTILITIES - IRA | B | Dividend | | | Sold | 06/02/14 | L | D | |
| 114. JP MORGAN CHASE - IRA | A | Dividend | K | T | | | | | |
| 115. KLA - TENCOR CORP - IRA | A | Dividend | J | T | | | | | |
| 116. MACY'S INC - IRA | A | Dividend | K | T | | | | | |
| 117. MATTEL INC - IRA | A | Dividend | | | Sold | 02/27/14 | J | | |
| 118. NEW YORK COMMUNITY BANK - IRA | A | Dividend | J | T | | | | | |
| 119. NEXTERA ENERGY INC - IRA | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PHILIP MORRIS INT'L - IRA | A | Dividend | J | T | | | | | |
| 121. SUNTRUST BK ATLANTA CD - IRA | A | Interest | M | T | | | | | |
| 122. TOTAL SASPON ADR - IRA | | None | K | T | | | | | |
| 123. WILLIAMS COS INC - IRA | A | Dividend | K | T | | | | | |
| 124. BANCO POPULAR DE PR CD | A | Interest | | | Sold | 01/17/14 | J | | |
| 125. LYONDELLBASELL INDUSTRIES - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 126. DARDEN RESTAURANTS - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 127. ROYAL DUTCH SHELL ADR EA - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 128. SEAGATE TECHNOLOGY PLC - TRUST 1 | | None | | | Distributed | 05/01/14 | J | | |
| 129. ABBVIE INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 130. AMGEN INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 131. APPLE INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 132. ARTISAN PARTNERS ASSET MGT - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 133. BB&T CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 134. BLACKROCK INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 135. CENTERPOINT ENERGY INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 136. CHEVRON CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  CONOCO PHILLIPS - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 138.  DOW CHEMICAL CO - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 139.  DUPONT EI DEMOURS - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 140.  EMERSON ELECTRIC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 141.  GENERAL ELECTRIC CO - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 142.  INTEL CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 143.  JP MORGAN CHASE - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 144.  KLA - TENCOR CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 145.  MACY'S INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 146.  MATTEL INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 147.  MICROSOFT CORP - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 148.  NEW YORK COMM BANK - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 149.  NEXTERA ENERGY INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 150.  TOTAL SASPON ADR EA - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 151.  UNITED PARCEL SVC INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 152.  WELLS FARGO & CO - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 153.  WILLIAMS COS INC - TRUST 1 | A | Dividend | | | Distributed | 05/01/14 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ABBVIE INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 155. LYONDELLBASELL IND - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 156. AMGEN INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 157. APPLE INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 158. ARTISAN PARTNERS ASSET - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 159. BB&T - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 160. BLACKROCK INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 161. CMS ENERGY CORP - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | | |
| 162. CENTERPOINT ENERGY - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 163. CHEVRON CORP - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | | |
| 164. CONOCO PHILLIPS - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 165. DARDEN RESTAURANTS - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 166. DOW CHEMICAL - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 167. DUPONT EL DE NEMOURS - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 168. EMERSON ELECTRIC CO - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 169. GENERAL ELECTRIC CO - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 170. INTEL CORP - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. JP MORGAN CHASE - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 172. KLA-TENCOR CORP - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 173. MACY'S INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 174. MATTEL INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | | |
| 175. MICROSOFT - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 176. NEW YORK COMM BK - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 177. NEXTERA ENERGY INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 178. ROYAL DUTCH SHELL ADR - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 179. UNITED PARCEL SVC INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 180. WELLS FARGO & CO - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 181. WILLIAMS COS INC - TRUST 2 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 182. WILLIAMS COS INC - TRUST 2 | A | Dividend | | | Distributed | 05/01/14 | J | | |
| 183. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | J | T | | | | | |
| 184. HOME DEPOT INC - IRA | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 185. FIRST TR EXCH TR FD II TECH - IRA | A | Dividend | L | T | Buy | 06/02/14 | L | | |
| 186. SEAGATE TECH PLC - IRA | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 187. LYONDELLBASELL IND - IRA | A | Dividend | K | T | Buy | 06/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. FIRST TR LARGE CAP - IRA | B | Dividend | M | T | Buy | 06/02/14 | M | | |
| 189. FIRST TR NASDAQ CMMTY - IRA | A | Dividend | K | T | Buy | 06/02/14 | K | | |
| 190. FIRST TR ALPHA EVR - IRA | A | Dividend | L | T | Buy | 06/02/14 | L | | |
| 191. FIRST TR ALPHA EMER - IRA | A | Dividend | K | T | Buy | 06/02/14 | K | | |
| 192. LECKHEED MARTIN - IRA | A | Dividend | K | T | Buy | 02/26/14 | J | | |
| 193. OCCIDENTAL PETE - IRA | A | Dividend | J | T | Buy | 06/05/14 | J | | |
| 194. SUNTRUST BK DEP SWEEP - IRA | A | Interest | L | T | Open | 06/02/14 | L | | |
| 195. CALIFORNIA RES CORP - IRA | A | Dividend | | | Buy | 06/05/14 | J | | |
| 196. CALIFORNIA RES CORP - IRA | A | Dividend | | | Sold | 12/03/14 | J | | |
| 197. BANK WEST CD | A | Interest | K | T | Buy | 02/12/14 | K | | |
| 198. SUNTRUST BANK SWEEP - IRA 2 | A | Dividend | J | T | Open | 05/01/14 | J | | |
| 199. AMERICAN INT'L GRP - IRA 2 | A | Interest | J | T | Buy | 05/07/14 | J | | |
| 200. HSBC FINANCE - IRA 2 | A | Interest | J | T | Buy | 05/07/14 | J | | |
| 201. WACHOUIA GLOBAL - IRA 2 | A | Interest | J | T | Buy | 05/07/14 | J | | |
| 202. FT UNIT 4070 GLOBAL - IRA 2 | A | Dividend | | | Buy | 05/08/14 | K | | |
| 203. FT UNIT 4070 GLOBAL - IRA 2 | A | Dividend | | | Sold | 07/14/14 | K | A | |
| 204. FT UNIT 4789 TAR DIV - IRA 2 | A | Dividend | L | T | Buy | 05/20/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SUNTRUST BANK SWEEP - IRA 3 | A | Dividend | J | T | Open | 05/01/14 | J | | |
| 206. FT UNIT 4789 TAR DIV - IRA 3 | A | Dividend | K | T | Buy | 05/01/14 | K | | |
| 207. BB&T CORP (X) | A | Dividend | | | Sold | 08/26/14 | J | A | |
| 208. CALIF. RES CORP (X) | A | Dividend | | | Sold | 12/03/14 | J | | |
| 209. GENERAL ELECTRIC | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 210. GENERAL ELECTRIC | A | Dividend | | | Sold (part) | 10/23/14 | J | A | |
| 211. SYNEVUS FINANCIAL (X) | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 212. VERIZON | A | Dividend | | | Buy | 06/05/14 | J | | |
| 213. VERIZON | A | Dividend | | | Sold | 10/23/14 | J | A | |
| 214. CHEVRON CORP (X) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 215. DARDEN RESTAURANTS (X) | A | Dividend | | | Sold | 06/05/14 | J | | |
| 216. MATTEL INC (X) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 217. AT&T (X) | A | Dividend | J | T | | | | | |
| 218. ABBVIE INC (X) | A | Dividend | J | T | | | | | |
| 219. AMGEN INC (X) | A | Dividend | J | T | | | | | |
| 220. APPLE INC (X) | A | Dividend | J | T | | | | | |
| 221. SEAGATE TECHNOLOGY (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. LYONDELLBASELL INC (X) | A | Dividend | J | T | | | | | |
| 223. ARTISAN PARTNERS ASSET (X) | A | Dividend | J | T | | | | | |
| 224. BLACKROCK INC (X) | A | Dividend | J | T | | | | | |
| 225. CENTERPOINT ENERGY INC (X) | A | Dividend | J | T | | | | | |
| 226. CONOCO PHILLIPS (X) | A | Dividend | K | T | | | | | |
| 227. DEW CHEMICAL (X) | A | Dividend | K | T | | | | | |
| 228. DUPONT EI DE NEMOURS (X) | A | Dividend | K | T | | | | | |
| 229. DUKE ENERGY (X) | A | Dividend | K | T | | | | | |
| 230. EMERSON ELECTRIC (X) | A | Dividend | J | T | | | | | |
| 231. HOME DEPOT | A | Dividend | J | T | Buy | 06/05/14 | J | | |
| 232. INTEL CORP (X) | A | Dividend | K | T | | | | | |
| 233. JP MORGAN CHASE (X) | A | Dividend | K | T | | | | | |
| 234. JOHNSON & JOHNSON (X) | A | Dividend | K | T | | | | | |
| 235. KLA - TENCOR CORP (X) | A | Dividend | J | T | | | | | |
| 236. LILLY ELI & CO (X) | A | Dividend | K | T | | | | | |
| 237. LECKHEED MARTIN | A | Dividend | J | T | Buy | 06/05/14 | J | | |
| 238. MACY'S INC (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MERCK & CO INC (X) | A | Dividend | J | T | | | | | |
| 240. MICROSOFT CORP (X) | A | Dividend | K | T | | | | | |
| 241. NEW YORK COMMUNITY BK (X) | A | Dividend | J | T | | | | | |
| 242. NEXTERA ENERGY (X) | A | Dividend | K | T | | | | | |
| 243. OCCIDENTAL PERTROLEUM | A | Dividend | J | T | Buy | 06/05/14 | J | | |
| 244. PEPSICE INC (X) | A | Dividend | J | T | | | | | |
| 245. PFIZER INC (X) | A | Dividend | J | T | | | | | |
| 246. PHILIP MORRIS INTL (X) | A | Dividend | J | T | | | | | |
| 247. TOTAL S.A. SPONS. ADR (X) | A | Dividend | J | T | | | | | |
| 248. UNITED PARCEL SVC (X) | A | Dividend | J | T | | | | | |
| 249. VERIZON COMM | A | Dividend | J | T | Buy | 06/05/14 | J | | |
| 250. WELLS FARGO & CO NEW (X) | A | Dividend | K | T | | | | | |
| 251. WILLIAMS CO INC (X) | A | Dividend | J | T | | | | | |
| 252. MORGAN STANLEY DW DISC NT (X) | A | Interest | J | T | | | | | |
| 253. SUNTRUST BK ATLANTA CD (X) | A | Interest | K | T | | | | | |
| 254. SUNTRUST BK ATLANTA 3.25% (X) | A | Interest | K | T | | | | | |
| 255. UNION BANK NAZERE (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. UNION BANK NAZERE (X) | A | Interest | K | T | | | | | |
| 257. WELLS FARGO & CO FIX/FLT (X) | A | Interest | K | T | | | | | |
| 258. SUNTRUST M/M AK | A | Interest | J | T | Open | 06/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - ITEM 9 - FAMILY TRUST 1 - ALL ASSETS DISTRIBUTED IN 2014

PART I - ITEM 10 - FAMILY TRUST 2 - ALL ASSETS DISTRIBUTED IN 2014

PART VII - ITEM 10 - NAME CHANGE FROM UNION BANK & TRUST CO. TO RIVERVIEW BANK

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544